# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

INDIA BREWING, INC.,

        Plaintiff,

v.                                           Case No. 05-C-467

MILLER BREWING CO.,

        Defendant.

## OPINION AND ORDER

Based upon the submissions of the parties, the court ORDERS that the Plaintiff's "Motion to Dismiss the Defendant's Fraudulent Inducement Counterclaim" (filed July 15, 2005) IS DENIED. The motion is premature in that the parties indicate that they have not completed joinder of parties and amendment of pleadings.

IT IS FURTHER ORDERED that "Miller Brewing Company's 7.4 Expedited Non-Dispositive Motion to Compel Production of Documents" (filed November 7, 2005) IS GRANTED. On or before December 9, 2005, the Plaintiff shall produce all documents sought by the Defendant in its Requests Nos. 7, 45, 46, 59, 74, and 43.

IT IS FURTHER ORDERED that all the Plaintiff's ongoing searches for requested documents shall be completed on or before December 16, 2005.

IT IS FURTHER ORDERED that "India Breweries, Inc.'s Rule 7.4 Expedited Non-Dispositive Motion and Objection to Defendant's Proposed Order" (filed November 17, 2005) IS GRANTED in that Exhibit A has been sealed.

IT IS FURTHER ORDERED that the "Joint Non-Dispositive Motion Pursuant to Civil Local Rule 7.4 to Modify the Scheduling Order" (filed November 18, 2005) IS GRANTED. The deadline for joining additional parties and amending the pleadings is extended until January 19, 2006.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 28th day of November, 2005.

                                    s/Thomas J. Curran
                                    THOMAS J. CURRAN
                                    United States District Judge